DAVID F. MCDOWELL (CA SBN 125806)
DMcDowell@mofo.com
PURVI G. PATEL (CA SBN 270702)
PPatel@mofo.com
MORRISON & FOERSTER LLP
555 West Fifth Street, Suite 3500
Los Angeles, California  90013
Telephone: 213.892.5200
Facsimile: 213.892.5454

Attorneys for Defendant
BED BATH & BEYOND INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BONNIE POLIGRATES, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BED, BATH & BEYOND, INC., and Does 1 through 100, inclusive,<br><br>Defendants. | Case No. 3:11-cv-01661-EMC<br><br>**STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT [L.R. 6-1(a)]** ; ORDER<br><br>Hon. Edward M. Chen<br><br>Complaint Filed:  March 4, 2011 |

**STIPULATION**

Pursuant to Rule 6-1(a) of the Local Rules of the United States District Court for the Northern District of California, Plaintiff Bonnie Poligrates ("Plaintiff") and Defendant Bed Bath & Beyond Inc. ("BBB"), by and through their undersigned counsel, stipulate as follows:

WHEREAS, Plaintiff filed the Complaint in this action on March 4, 2011, and served BBB with the Complaint on or about March 8, 2011;

WHEREAS, BBB filed a Notice of Removal to remove the action to this Court on April 6, 2011;

WHEREAS, under Federal Rule of Civil Procedure 81(c)(2)(C), BBB's deadline to respond to the Complaint is April 13, 2011;

WHEREAS, the parties have agreed that the deadline for BBB to respond to the Complaint shall be extended by twenty (20) days to and including May 3, 2011; and

WHEREAS, the extension of time for BBB to answer or otherwise respond to the Complaint will not alter the date of any event or deadline already fixed by the Court;

THEREFORE, IT IS HEREBY AGREED AND STIPULATED that BBB shall have to and including May 3, 2011, to answer or otherwise respond to the Complaint.

Dated: April 13, 2011            DAVID F. MCDOWELL
                                 PURVI G. PATEL
                                 MORRISON & FOERSTER LLP


                                 By:    /s/ Purvi G. Patel
                                        Purvi G. Patel

                                 ***Attorneys for Defendant***
                                 ***Bed Bath & Beyond Inc.***

1  Dated: April 13, 2011

DANIEL H. QUALLS
ROBIN G. WORKMAN
AVIVA N. ROLLER
QUALLS & WORKMAN, L.L.P.

By:  /s/ Daniel H. Qualls
     Daniel H. Qualls

*Attorneys for Plaintiff*
*Bonnie Poligrates, on behalf of herself*
*and all others similarly situated*

# ECF ATTESTATION

I, Purvi G. Patel, am the ECF User whose ID and password are being used to file this **STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT**. In accordance with General Order 45 X.B, concurrence in the filing of this document has been obtained from Daniel H. Qualls, counsel for Plaintiff, and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

Dated: April 13, 2011

DAVID F. MCDOWELL
PURVI G. PATEL
MORRISON & FOERSTER LLP

By:   /s/ Purvi G. Patel
          Purvi G. Patel

*Attorneys for Defendant*
*Bed Bath & Beyond Inc.*

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, signed Judge Edward M. Chen]