1  DAVID F. MCDOWELL (CA SBN 125806)
   DMcDowell@mofo.com
2  PURVI G. PATEL (CA SBN 270702)
   PPatel@mofo.com
3  MORRISON & FOERSTER LLP
   555 West Fifth Street, Suite 3500
4  Los Angeles, California  90013
   Telephone: 213.892.5200
5  Facsimile: 213.892.5454

6  Attorneys for Defendant
   BED BATH & BEYOND INC.
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12 | BONNIE POLIGRATES, on behalf of herself and all others similarly situated, | Case No. 3:11-cv-01661-EMC
13 | | **STIPULATION TO EXTEND DEFENDANT BED BATH & BEYOND INC.'S TIME TO RESPOND TO COMPLAINT [L.R. 6-2]; DECLARATION OF PURVI G. PATEL; PROPOSED ORDER**
14 | Plaintiff, |
15 | v. |
16 | BED, BATH & BEYOND, INC., and Does 1 through 100, inclusive, |
17 | Defendants. | Hon. Edward M. Chen
18 | | Complaint Filed:  March 4, 2011

**STIPULATION**

Pursuant to Rule 6-2 of the Local Rules of the United States District Court for the Northern District of California, Plaintiff Bonnie Poligrates ("Plaintiff") and Defendant Bed Bath & Beyond Inc. ("BBB"), by and through their undersigned counsel, stipulate as follows:

WHEREAS, Plaintiff filed the Complaint in this action on March 4, 2011, and served BBB with the Complaint on or about March 8, 2011;

WHEREAS, BBB filed a Notice of Removal to remove the action to this Court on April 6, 2011;

WHEREAS, pursuant to the parties' Stipulation to Extend Defendant's Time to Respond to Complaint [L.R. 6-1(a)] [Doc. No. 8] and this Court's Order granting the parties' stipulation [Doc. No. 9], BBB's deadline to answer or otherwise respond to the Complaint is May 3, 2011;

WHEREAS, the parties are continuing to meet and confer regarding the factual bases of Plaintiff's claims, and are currently exchanging, on an informal basis, records pertaining to the alleged transactions that form the basis of Plaintiff's Complaint;

WHEREAS, good cause exists for an extension of BBB's deadline to respond to the Complaint because BBB requires additional time to investigate Plaintiff's allegations and prepare its response to the Complaint;

WHEREAS, the parties have agreed that the deadline for BBB to answer or otherwise respond to the Complaint shall be extended by seventeen (17) days, to and including May 20, 2011; and

THEREFORE, IT IS HEREBY AGREED AND STIPULATED that BBB shall have to and including May 20, 2011, to answer or otherwise respond to the Complaint.

| | | |
|---|---|---|
| 1 | Dated: May 2, 2011 | DAVID F. MCDOWELL |
| 2 | | PURVI G. PATEL |
| | | MORRISON & FOERSTER LLP |

By:    /s/ Purvi G. Patel
            Purvi G. Patel

*Attorneys for Defendant*
*Bed Bath & Beyond Inc.*

Dated: May 2, 2011

DANIEL H. QUALLS
ROBIN G. WORKMAN
AVIVA N. ROLLER
QUALLS & WORKMAN, L.L.P.

By:    /s/ Daniel H. Qualls
            Daniel H. Qualls

*Attorneys for Plaintiff*
*Bonnie Poligrates, on behalf of herself*
*and all others similarly situated*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: May 3, 2011

By: _____
Honorable Edward M. Chen

*IT IS SO ORDERED*
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DECLARATION OF PURVI G. PATEL**

I, Purvi G. Patel, hereby declare as follows:

1. I am an attorney admitted to practice law in the courts of the State of California and am a member of the Bar of this Court. I am an associate at Morrison & Foerster LLP, counsel of record for Defendant Bed Bath & Beyond Inc. ("BBB") in the above-captioned action. I make this declaration based on my personal knowledge.

2. I submit this declaration in support of the parties' Stipulation to Extend Defendant Bed Bath & Beyond Inc.'s Time to Respond to Complaint [L.R. 6-2].

3. The parties previously stipulated to a twenty (20) day extension of BBB's deadline to respond to the Complaint from April 13, 2011 to May 3, 2011. [Doc. No. 8.] That deadline to respond has been fixed by this Court's Order granting the parties' Stipulation to Extend Defendant's Time to Respond to Complaint [L.R. 6-1(a)]. [Doc. No. 9.]

4. The parties are continuing to meet and confer regarding the factual bases of Plaintiff's claims. The parties are currently exchanging, on an informal basis, records pertaining to the alleged transactions that form the basis of Plaintiff's Complaint.

5. BBB requests the extension of time to investigate Plaintiff's allegations and prepare its response to the Complaint.

6. The parties submit this stipulation to request that BBB's deadline to respond to the Complaint, which has been fixed by Court order, be extended by seventeen (17) days to and including May 20, 2011. This extension of time will not affect any hearing or proceeding on the Court's calendar and is not made for purposes of delay.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 2nd day of May, 2011, in Los Angeles, California.

/s/ Purvi G. Patel
Purvi G. Patel

**ECF ATTESTATION**

I, Purvi G. Patel, am the ECF User whose ID and password are being used to file this **STIPULATION TO EXTEND DEFENDANT BED BATH & BEYOND INC.'S TIME TO RESPOND TO COMPLAINT [L.R. 6-2]; DECLARATION OF PURVI G. PATEL; PROPOSED ORDER**. In accordance with General Order 45 X.B, concurrence in the filing of this document has been obtained from Daniel H. Qualls and Robin G. Workman, counsel for Plaintiff, and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

Dated: May 2, 2011

DAVID F. MCDOWELL
PURVI G. PATEL
MORRISON & FOERSTER LLP

By: /s/ Purvi G. Patel
Purvi G. Patel

*Attorneys for Defendant
Bed Bath & Beyond Inc.*